AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*            DISTRICT OF    NEVADA

AMENDED JUDGMENT IN A CIVIL CASE

MAVIS DAVIS,

    Plaintiff,

    V.                                              CV-S-04-0007-RCJ(RJJ)

UNITED PARCEL SERVICE, INC.,

    Defendant.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

_X_ **Decision by Court.** This action came to be considered by the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Motion for Summary Judgment is GRANTED. Judgment is hereby entered in favor of the Defendant and against Plaintiff, Mavis Davis.

May 18, 2005                    LANCE S. WILSON
                                Clerk of the Court

                                (By) Robert Johnson, Deputy

